IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNDER SEAL | § | |
| Plaintiffs, | § | |
| | § | |
| | § | CIVIL ACTION NO. 12-2930 |
| | § | |
| | § | FILED UNDER SEAL |
| | § | |
| v. | § | JUDGE MELINDA HARMON |
| | § | |
| UNDER SEAL | § | |
| Defendants. | § | |

UNITED STATES' NOTICE OF ELECTION
TO DECLINE INTERVENTION



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, and the STATE OF CALIFORNIA *et al.*, *ex rel.* RAY FURCHAK; | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 12-2930 |
| v. | § § | FILED UNDER SEAL |
| INSYS THERAPEUTICS, INC., *et al.*, | § § | JUDGE MELINDA HARMON |
| Defendants. | § § | |



United States Courts
Southern District of Texas
FILED

MAR 1 9 2013

David J. Bradley, Clerk of Court

## UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730 (b) (4) (B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730 (b) (1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either the relator or a defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730 (c) (3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the United States' counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim. The United States also requests that it be served with all notices of appeal.

Finally, the United States requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Respectfully submitted,

STUART F. DELERY
Principal Deputy Assistant Attorney General
Civil Division

MICHAEL D. GRANSTON
JAMIE ANN YAVELBERG
DAVID T. COHEN
Attorneys, Civil Division
United States Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-0136
Facsimile: (202) 307-3852

KENNETH MAGIDSON
UNITED STATES ATTORNEY

/s/ Jill O. Venezia

_____
JILL O. VENEZIA
Assistant United States Attorney
Texas Bar # 24010764
Southern District of Texas Bar No. 31305
1000 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 567-9511
Facsimile: (713) 718-3309

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing United States' Notice of Election to Decline Intervention and accompanying Order were served by first class mail, postage prepaid, on this, the 19th day of March, 2013, to:

>    Joel M. Androphy, Esq.
>    Sarah M. Frazier, Esq.
>    Noelle C. Letteri, Esq.
>    Berg & Androphy
>    3704 Travis Street
>    Houston, Texas 77002
>    Attorneys for Plaintiff/Relator

_____
JILL O. VENEZIA
Assistant United States Attorney

3