## Noelle Letteri

**From:** Venezia, Jill (USATXS) <Jill.Venezia@usdoj.gov>
**Sent:** Friday, April 05, 2013 11:54 AM
**To:** Noelle Letteri
**Cc:** Joel Androphy; Cohen, David (CIV); Mark Coffee (mark.coffee@texasattorneygeneral.gov)
**Subject:** RE: Insys

He is, and you have our consent.

Thank you.

**From:** Noelle Letteri [mailto:NLetteri@bafirm.com]
**Sent:** Friday, April 05, 2013 11:46 AM
**To:** Venezia, Jill (USATXS)
**Cc:** Joel Androphy
**Subject:** RE: Insys

Jill,

We have decided to voluntarily dismiss the case. In order to do so, we need to obtain the written consent of the United States government and the qui tam states. Will you provide an e-mail consenting to the voluntary dismissal? Is Mark Coffee, Texas State Assistant Attorney General the appropriate attorney to ask for the qui tam states written consent to the voluntary dismissal?

Thank you,
Noelle

Noelle C. Letteri
Berg & Androphy
713-529-5622 (Office)
713-529-3785 (Fax)
Web page: http://www.bafirm.com
Email: NLetteri@bafirm.com
THE INFORMATION CONTAINED IN THIS MESSAGE IS PRIVILEGED AND CONFIDENTIAL AND INTENDED ONLY FOR USE OF THE ABOVE NAMED RECIPIENT. ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION OR WORK PRODUCT IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE.

**From:** Venezia, Jill (USATXS) [mailto:Jill.Venezia@usdoj.gov]
**Sent:** Friday, April 05, 2013 11:28 AM
**To:** Noelle Letteri
**Cc:** Cohen, David (CIV)
**Subject:** RE: Insys

Noelle,

    Have you made a decision?

Jill

**From:** Venezia, Jill (USATXS)
**Sent:** Tuesday, April 02, 2013 9:19 AM
**To:** Noelle Letteri (NLetteri@bafirm.com)
**Cc:** Cohen, David (CIV) (David.T.Cohen@usdoj.gov)
**Subject:** Insys

Noelle,

We received the signed order from Judge Harmon last week unsealing the Insys case. Have you made a decision yet as to how you plan to proceed? If so, please let us know.

Thanks,

Jill

Jill O. Venezia
Assistant United States Attorney
United States Attorney's Office
United States Department of Justice
1000 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 567-9511
Cell Phone: (832) 584-5132
Facsimile: (713) 718-3303
Email: Jill.Venezia@usdoj.gov

## Noelle Letteri

**From:** Zlatkovich, Elissa <elissa.zlatkovich@texasattorneygeneral.gov>
**Sent:** Monday, April 08, 2013 11:12 AM
**To:** Noelle Letteri
**Cc:** Jill.Venezia@usdoj.gov; David (CIV) Cohen (David.T.Cohen@usdoj.gov); Michelle Teed (MichelleT2@atg.wa.gov) (MichelleT2@atg.wa.gov)
**Subject:** Insys

Noelle,

The States of California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Iowa, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Montana, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Virginia, Washington, Wisconsin, and the District of Columbia consent to relator's voluntary dismissal without prejudice of *United States, et al., ex rel. Furchak v. Insys Therapeutics, Inc., et al.*

The following states are required by statute to provide their reasons for consenting to dismissal:

> Virginia's consent to any dismissal without prejudice of this matter is given on the grounds that the proposed dismissal is warranted by the facts and circumstances of this action as they are presently known to the Commonwealth of Virginia.

> Washington's consent to any dismissal without prejudice of this matter is given on the grounds that the proposed dismissal is warranted by the facts and circumstances of this action as they are presently known to the State of Washington. **Washington asks that the State of Washington's reasons for consenting to dismissal be stated in the motion filed with the court.**

The State of Indiana does not consent to dismissal of this matter.

Elissa Zlatkovich
Assistant Attorney General
Civil Medicaid Fraud Division
PO Box 12548, Austin TX 78711
512-936-0261

1