IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* Ray Furchak and STATE OF CALIFORNIA, *ex rel.* Ray Furchak, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> INSYS THERAPEUTICS, INC., *et al.*, <br><br> Defendants. | § § § § § § § § § § § § § | CIVIL ACTION NO. 12-CV-2930 <br><br><br> ORDER OF DISMISSAL |

## ORDER

For the reasons stated in Plaintiff/Relator Ray Furchak's Unopposed Motion to Voluntarily Dismiss and the Statements of Consent submitted by the United States of America and the Qui Tam States, it is hereby ordered that the above-captioned action, except for the State of Indiana's state claims, is DISMISSED WITHOUT PREJUDICE.

The State of Indiana's claims remain pending until the state independently files its own written Motion to Dismiss in accordance with the State of Indiana False Claims and Whistleblower Protection Act section IC 5-11-5.5.4(b).

Berg & Androphy and Relator Ray Furchak are relieved of any further responsibility to prosecute this case.

IT IS SO ORDERED this July 10, 2013.

_____
United States District Judge